

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE 134TH JUDICIAL DISTRICT COURT OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 28th day of August, 2015, the cause on appeal to revise or reverse the judgment between

LV HIGHLAND CREDIT FEEDER FUND LLC, ET AL, Appellants

No. 05-13-01118-CV      V.

HIGHLAND CREDIT STRATEGIES FUND, LP, ET AL, Appellees

On Appeal from the 134th Judicial District Court, Dallas County, Texas
Trial Court Cause No. 09-08521.
Opinion delivered by Justice Brown. Justices Lang and Whitehill participating.

was determined; and this Court made its order in these words:

In accordance with this Court's opinion of this date, the trial court's order granting appellees' motions for summary judgment is **AFFIRMED**.

It is **ORDERED** that appellees HIGHLAND CREDIT STRATEGIES FUND, LP, HIGHLAND CREDIT STRATEGIES FUND, LTD, HIGHLAND CAPITAL MANAGEMENT, LP, HIGHLAND GENERAL PARTNER, LP, JAMES DONDERO, JACK YANG, MARK K. OKADA, AND DONALD J. SALVINO  recover their costs of this appeal from appellants LV HIGHLAND CREDIT FEEDER FUND LLC, CHARLES A. WALSH III, THE RUDERMAN FAMILY CHARITABLE FOUNDATION, THE FRIEDMAN FAMILY FOUNDATION, THE LOUIS E. WOLFSON FOUNDATION, BARBARA ROBERTS, AND ABRAM LONDON.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 9th day of November, 2015.



LISA MATZ, Clerk